IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.70.50.3

**ISP:** Verizon Internet Services
**Physical Location:** Madison, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/10/2019 14:54:50 | 2B13C0688A2944CFBEAE8F8E7A756E477536B619 | In Love or Lust |
| 01/09/2019 14:03:17 | 63F168354A122E797CE97146F00CB6DBFD57CA38 | Fashion Model Private Strip Tease |
| 12/28/2018 15:12:31 | 61353633599548A24826E8CDEA513AF8C3D993EE | Stunning Blondes 21st Birthday Sex Celebration |
| 10/26/2018 18:13:39 | 410A4730B116AE3298107FBF1849225311B461FA | California Couple Cumming in Malibu |
| 10/24/2018 13:25:41 | 2B8EEA440A1F1E88C7F63E0DBFE5A8012FDCA9CA | First Time 18 Tight and Tiny |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

CNJ819